**In the Interest of G.W. III, a Minor.**

**No. ED 76856.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 22, 2000.

Brian P. Seltzer, Clayton, for appellant.

Cynthia Harcourt-Hearring, Clayton, for respondent.

Before: ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Father appeals from the court's judgment terminating his parental rights to his son. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).